# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANGELINA M. ROGERS,<br><br>      Plaintiff,<br><br>v.<br><br>HERBERT ROGERS WILLIAMS,<br><br>      Defendant. | Case No. 23-CV-72-JPS<br><br>**ORDER** |

On January 19, 2023, Plaintiff Angelina M. Rogers ("Plaintiff") filed a pro se complaint against Defendant Herbert Rogers Williams ("Defendant") alleging that Defendant persistently harassed her in violation of her civil and human rights. ECF No. 1. Plaintiff also at that time filed a motion to proceed in forma pauperis. ECF No. 2.

The case was initially assigned Magistrate Judge Stephen C. Dries. On February 6, 2023, Magistrate Judge Dries entered a report and recommendation. ECF No. 5. Therein, he recommended that Plaintiff's action be dismissed for lack of subject matter jurisdiction and that her motion to proceed in forma pauperis be denied as moot. *Id*. After entry of Magistrate Judge Dries's report and recommendation, this case was then randomly reassigned to this branch of the Court.

Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Civil Procedure 72(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 5, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed in forma pauperis, ECF No. 2, be and the same is hereby **DENIED as moot**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

This Order and the judgment to follow are final. A dissatisfied party may appeal this Court's decision to the Court of Appeals for the Seventh Circuit by filing in this Court a notice of appeal within **thirty (30)** days of the entry of judgment. See Fed. R. App. P. 3, 4. This Court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the thirty-day deadline. *See* Fed. R. App. P. 4(a)(5)(A). Moreover, under certain circumstances, a party may ask this Court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **twenty-eight (28)** days of the entry of judgment. The Court cannot extend this deadline. *See* Fed. R. Civ. P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The Court cannot extend this deadline. *See id.* A party is expected to closely review all applicable rules and determine what, if any, further action is appropriate in a case.